**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

JOSEPH MICHAEL DEVON ENGEL,    )
                                )
    Plaintiff,    )
                                )
v.    )    Case No. 4:20-CV-01914-JMB
                                )
CCA, et al.,    )
                                )
    Defendants.    )

## OPINION, MEMORANDUM AND ORDER

This closed civil matter is before the Court on review of Plaintiff's post-judgment motion. [ECF No. 14]. Plaintiff is a prisoner who is subject to 28 U.S.C. § 1915(g), and who previously "knowingly and persistently engaged in litigation practices that amount[ed] to abuse of the judicial process" in this Court. *Engel v. Jefferson County Sheriff Dep't.* No. 4:21-cv-00896-SEP, 2021 WL 4133791, at *3 (E.D. Mo. Sep. 10, 2021). In the instant motion, Plaintiff attempts to advance various frivolous claims for relief, and he also seeks discovery in this closed case.

The Court has reviewed and considered Plaintiff's motion and finds it offers no valid basis to grant relief. The Court will therefore deny the motion. The Court also finds that the motion is consistent with Plaintiff's prior pattern of abusive litigation before this Court. The Court will therefore direct the Clerk to return any future documents to Plaintiff unfiled.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion, [ECF No. 14], is **DENIED.**

**IT IS FURTHER ORDERED** that, should Plaintiff submit any additional documents in this closed matter, the Clerk of Court shall return them to Plaintiff unfiled.

Dated this 16ᵗʰ day of March, 2026.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE